USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-22-2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CAN'T LIVE WITHOUT IT, INC.. d/b/a S'WELL BOTTLE,

          Plaintiff,

      -against-                          16-cv-9520 (LAK)

SHANGHAI2008 (HK) TRADING LIMITED, et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PRELIMINARY INJUNCTION AND ORDER

LEWIS A. KAPLAN, *District Judge*.

        On December 13, 2016, plaintiff moved by order to show cause for a temporary restraining order, a preliminary injunction and an order of seizure. The motion has been granted in some respects previously. No papers in opposition to the motion having been filed within the requisite time, no appearance having been made by any defendant at the hearing on the motion, and the Court having made findings of fact and conclusions of law on the record in open court, it is hereby

        ORDERED, as follows:

        1.     The motion [DI 5] is granted in all respects. The temporary restraining order is hereby converted into a preliminary injunction which shall remain in effect pending the hearing and determination of this action.

        2.     The continuation of the preliminary injunction beyond 5 p.m. on Friday, December 23, 2016 is conditioned upon the plaintiff by then having posted a bond or other sufficient security in the amount of $5,000 conditioned so as to secure the payment of any damages to any defendant incurred in consequence of the issuance of the preliminary injunction in the event that issuance ultimately proves to have been erroneous.

        SO ORDERED.

Dated:     December 22, 2016

                                                            _____
                                                              Lewis A. Kaplan
                                                              United States District Judge